IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GENERAL SHALE BRICK, INC.,

    Plaintiff,

v.

WESTERN ENVIRONMENTAL SERVICES AND TESTING INC.,
CALCIUM PRODUCTS, INC., and
E.I. TEC L.P.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2008.**

    Based upon the parties' agreement, and the entire record herein, the Motion for Entry of Stipulated Protective Order [Filed March 28, 2008; Docket #38] is **granted**. The Court will sign the Protective Order and enter it on the record.